UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURGA PRASAD KOMMA and MOUNIKA NARISETTY, | No.  2:25-cv-3702-DJC-AC |
| Plaintiffs, | |
| | ORDER |
| v. | |
| JOSEPH B. EDLOW, in his official capacity as Director of USCIS, | |
| Defendant. | |

The court is in receipt of plaintiff Durga Prasad Komma's ex parte request to participate in electronic filing.  ECF No. 10.  The court has reviewed the filing and DENIES plaintiff's request without prejudice because it lacks the necessary information required by Local Rule 133(b)(3). Denial without prejudice means that plaintiff may bring the motion again; a second motion to e-file should include the necessary information described below.

Although the Eastern District of California is an electronic management/filing district, unrepresented persons are required to file and serve paper documents unless the assigned District Judge or Magistrate Judge grants leave to utilize electronic filing.  L.R. 133(a), (b)(2).  A pro se party may bring a request to use electronic filing as a written motion setting out an explanation of reasons for the requested exception.  L.R. 133(b)(3).  Once plaintiff is approved to file documents

electronically, the plaintiff will no longer receive any documents by mail and the court will not accept paper documents from plaintiff, meaning plaintiff can no longer mail in any filings.

A motion to e-file should make clear whether plaintiff is familiar with the requirements applicable to electronic filing in this court, and whether plaintiff has access to the hardware and software needed for electronic filing.  Plaintiff should also confirm that he has an e-mail address. If plaintiff chooses to file a second motion to e-file, he must specify the following:

1.  That plaintiff understands that once he registers for electronic filing, all notices and documents will be received by e-mail and not by regular mail;

2.  Whether plaintiff has regular access to the following technical requirements necessary for electronic filing: (a) a computer with internet access; (b) an e-mail account for receiving notifications from the electronic filing system; (c) a PACER (Public Access to Court Electronic Records) account; (d) a word-processing program; (e) PDF conversion software to convert word processing documents into .pdf format; and (6) a scanner for exhibits or other supporting documents that are only in paper format.

Failure to address each of these items will result in denial of any second motion to e-file. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to e-file (ECF No. 10) is DENIED without prejudice.

DATED: March 26, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2